C. Carl JOHNSON v. Terry Cobb JOHNSON.
(378 S. E. (2d) 445)

Supreme Court

*Robert J. Thomas*, Columbia, *for Terry Cobb Johnson.*

April 19, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari:

Petition for Writ of Certiorari denied.